# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**FILED**
JUL 11 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Jerry Kay Lowe, Jr.,
[You are the PLAINTIFF, print your full name on this line.]

v.

Warden Rule
Federal Bureau of Prisons,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:22-cv-528
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Warden Rule, official and individual Capacity | Warden - Terre Haute Federal Correctional Complex - med P.O. Box 33 Terre Haute, IN 47808 |
| 2 | Director of Federal Bureau of Prisons, official & Individual Capacity | Director Federal Bureau of Prisons Central office 320 First St., N.W. Washington, D.C. 20534 |
| 3 | David Miles, official & Individual Capacity. | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 2

2. What is the name and address of your prison or jail? Terre Haute Federal Correctional Facility - medium

3. Did the event you are suing about happen there? ⊗ Yes.  ○ No, it happened at: N/A

4. On what date did this event occur? April 5th, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you*.]

1) On April 5th 2022 I arrived at Terre Haute Federal Correctional Complex-Medium. I was placed in the Special housing Unit in "Quarantine" because I was unvaccinated.

2) On April 7th 2022 I was alone in my cell in the Special housing Unit that does not have any type of emergency button or intercom system to assist during an emergency.

3) At lunch time I was given Tuna fish. I notified the range officers (Barnhardt and Edwards) that I am highly allergic to fish and Could not eat that tray, could they bring me an alternative meal? Officer Barnhardt stated "It's all we have so eat it." After attempting to eat the other food on the tray, that must have been Contaminated, I began to experience side effects.

4) There are no medical emergency buttons in the special housing Unit cells, as are mandated and used by all other prisons, nor an intercom system to be used in case of an emergency.

5) I began to get hives and Swelling around my neck

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

area and passed out in the cell after notifying officer Barnhardt I was experiencing a serious reaction to fish and needed medical now.

6.) I woke up to being shot repeatedly by a pepperball gun and grenade bursting into fragments all over me and the cell. LT. David Miles shot me in the ear, head, and back repeatedly and ordered five or six other staff to come into the cell and attack me, striking me with fists in the back of my head while others held me down. I was then taken to a cell and video taped and injuries were documented. I was then placed into shackles, handcuffs, and belly chains and placed into a cell for 6 hours with pepper spray all over me.

7.) I was assaulted with weapons and officers while unconscious on the floor during a medical emergency. I was unresponsive and could hardly breathe and was battered by staff for no reason. Assaults on inmates at Terre Haute Federal Correctional Complex are common and have occurred several times since I've been here and written up on disciplinary as if you "attempted" to assault someone.

8.) I was written up on disciplinary Report by LT. David Miles where he readily admits I was "unresponsive" when he took it upon himself to go against policy to fire on me and order officers to attack me. He goes on to say that it was to "no effect" yet he lied and said I stood up in an aggressive manner. I was unconscious, how could I do that? See Plaintiff's Exhibit #1

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

9.) I was injured in my neck, back, jaw, chest and head re occurring nightmares and flashbacks of being shot since this incident occured. I am paranoid that I will be assaulted again at any time and my anxiety is so bad I am experiencing constant nervousness and loss of sleep.

10.) My 4th and 6th Amendment Rights were violated and I should be Free of impunity and Tyranny of any Government official and employee.

11.) Warden Rule is aware of the assaults going on in this institution, as well as a good many other violations within this prison and he is ultimately responsible for the actions of his staff and his own inaction as well.

12.) The bureau of prisons is responsible for the actions of all of it's employees and should train and educate them on how to not assault or violate the Constitutional Rights of anyone under their purview.

Respectfully
Submitted,
Jerry Kay Lowe Jr.
X *Jerry Kay Lowe, jr.*

3A

Pro Se 14 (INND Rev. 2/20)                                                                                                          page 4

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ☑ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because  I filed all the way to the Warden and no response was given. Nothing was sent back.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   1.) Injunctive Relief granted in entirety.
   2.) oversight and plans put in place to ensure every prison is in Compliance by Federal Bureau of prisons.
   3.) Amount of Costs for filing fee, paperwork, and any damages incurred as a result of the actions of any one

[*Initial Each Statement*]

J.L.  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
J.L.  I will keep a copy of this complaint for my records.
J.L.  I will promptly notify the court of any change of address.
J.L.  I WILL NOT send more than one copy of any filing to the court.
J.L.  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
J.L.  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Jeremy Kay Lowe, jr._                                              32671-074
Signature                                                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Relief Requested,

or all three defendants up to but not limited to $400,000.00 and medical and mental expenses paid for by the federal bureau of prisons for as long as an injury or lingering mental illness may still occur until it is healed.

4.) Declare each defendant who did violate my Constitutional Rights and hold them accountable in the individual Capacity and award punitive damages.

5.) Allow Liens to be placed upon each defendant to ensure plaintiff can collect any award given by the Court.

6.)

Respectfully Submitted,

Jerry Kay Lowe Jr.

X Jerry Kay Lowe, jr.

6-16-2022

4 A